

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00045-CV

| | | |
|---|---|---|
| Tayton Seth Finley | § | From the 233rd District Court |
| | § | of Tarrant County (233-470831-10) |
| v. | § | January 22, 2015 |
| Marguerite Breanne Finley | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to dissolve the trial court's permanent injunction, and we modify the final decree to omit any reference to the permanent injunction. It is ordered that the judgment of the trial court is affirmed as modified. It is also ordered that the final protective order is affirmed.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM